**SEALED FILED**

McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
(916) 448-2900 FAX

SEP 1 2 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>Search of King's Buffet (aka: Lin King's Buffet, Inc.), 601 Orangevale Drive, Suite A, Vacaville, CA 95687 | NO. 2 08-SW-0382 GGH<br><br>[PROPOSED] ORDER<br><br>[IN CAMERA AND UNDER SEAL] |

The United States of America has applied to this Court for an Order permitting it to file the affidavit underlying the search warrant in the above-entitled proceedings, together with its application, Memorandum of Points and Authorities and the accompanying Declaration, in camera and under seal. Upon consideration of the application and the entire record herein,

/////
/////
/////
/////
/////

4

| | |
|---|---|
|1| IT IS HEREBY ORDERED that the affidavit underlying the search |
|2| warrant in the above-entitled proceedings, together with the |
|3| application of the United States and the accompanying Memorandum of |
|4| Points and Authorities and Declaration, and this order shall be filed |
|5| with this Court in camera and under seal and shall not be disclosed to |
|6| any person until the filing of the search warrant. ✱ |

Dated this 12th day of September, 2008.

By: _____
GREGORY G. HOLLOWS
United States Magistrate Judge

Presented by:

_____
KYLE REARDON
Assistant U.S. Attorney

✱ Does not include attachments A and B. [initials]

5